UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUARDIAN FLIGHT LLC and MED-TRANS CORPORATION, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1861-B |
| HEALTH CARE SERVICE CORPORATION, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On May 30, 2024, this Court **GRANTED** Defendant Health Care Service Corporation's Motion to Dismiss Plaintiffs Guardian Flight LLC's and Med-Trans Corporation's Complaint and **DISMISSED** all of Plaintiffs' claims against Defendants. Doc. 15, Mem. Op. & Order. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: May 30, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-